UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EPPERSON,<br><br>    Plaintiff,<br><br>v.<br><br>BRITISH EMBASSY, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01432-DAD-EPG<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

    Plaintiff, Chris Epperson, is proceeding *pro se* in this action. (ECF No. 1). On October 17, 2018, Plaintiff submitted an application to proceed *in forma pauperis*. (ECF No. 2). Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, her application to proceed *in forma pauperis* is GRANTED.

    As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of *pro se* complaints to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies

1

in the complaint can be cured by amendment. The complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS SO ORDERED.

Dated: **October 18, 2018**　　　　　　/s/ Erin P. Gross
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE